PHILLIP A. TALBERT
United States Attorney
CHAN HEE CHU
Assistant United States Attorney
MISDEMEANOR UNIT
2500 Tulare Street, Suite 4401
Fresno, California 93721
Telephone: (559) 497-4000

Attorneys for Plaintiff
UNITED STATES OF AMERICA

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>v.<br><br>JASON O. GARCIA,<br><br>            Defendant. | Case No. 5:24-po-00140-CDB<br><br>[Citation #E1919004, CA71]<br><br><br>MOTION AND ORDER FOR DISMISSAL |

The United States of America, by and through Phillip A. Talbert, United States Attorney, and Chan Hee Chu, Assistant United States Attorney, hereby moves to dismiss Case No. 5:24-po-00140-CDB [Citation #E1919004, CA71] against JASON O. GARCIA, without prejudice, in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: July 8, 2024                                      Respectfully submitted,

                                                                                                        PHILLIP A. TALBERT
                                                                                                        United States Attorney

                                                        By:    /s/ *Chan Hee Chu*
                                                                              CHAN HEE CHU
                                                                              Assistant United States Attorney

# O R D E R

IT IS HEREBY ORDERED on the motion of the United States of America pursuant to Fed. R. Crim. P. 48(a) that Case No. 5:24-po-00140-CDB [Citation #E1919004, CA71] against JASON O. GARCIA be dismissed, without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated: **July 8, 2024**

_____
UNITED STATES MAGISTRATE JUDGE